UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW HARRISON,

    Plaintiff,

v.

WELLPATH, WAYNE COUNTY,
RAPHAEL WASHINGTON, BENNY
NAPOLEON, FNU FREEMAN, and
JOHN DOES,

    Defendants.
_____/

Case No. 4:22-cv-10187
District Judge Stephanie Dawkins Davis
Magistrate Judge Kimberly G. Altman

## ORDER DISMISSING THE ORDER TO SHOW CAUSE

I.   Introduction

This is a prisoner civil rights case under 42 U.S.C. § 1983. In February of 2022, plaintiff, proceeding *pro se* and *in forma pauperis*, filed a complaint naming Wellpath, Wayne County, Raphael Washington, Taylor, 5 Unknown Nurses, Unknown Medical Director/Supervisor, Unknown Medical Grievance Officers, Unknown Seargent, 2 Unknown Deputies, Benny Napoleon, John Does, and FNU Freeman as defendants. The Court issued an order directing service of the complaint by the United States Marshal. (ECF. 3).

Plaintiff subsequently filed an amended complaint as of right naming

1

Wellpath, Unknown Dentists, Unknown Dental Assistants, Unknown Medical Kite Supervisor, Unknown Grievance Officer, Raphael Washington, Benny Napoleon, Unknown Social Worker/Scheduler/Nurse, Unknown Dental/Medical Director as defendants. (ECF No. 7). With the exception of Wellpath and Raphael Washington, plaintiff did not provide addresses for the following defendants: Wayne County, Benny Napoleon, FNU Freeman, and the various "Unknowns".

On March 14, 2022, the undersigned entered an order to show cause directing Harrison to show cause for why some of the defendants in this case should not be dismissed for failure to prosecute. (ECF No. 11). In particular, the order directed Harrison to provide "the **full names and addresses** for Wayne County, Benny Napoleon, FNU Freeman, and the various 'Unknowns.' " (*Id*., PageID.73). On March 30, 2022, Harrison responded to the order to show cause. (ECF No. 14). In his response, he noted that Napoleon was deceased and could therefore be "dismissed" and he provided the addresses for Wayne County and FNU Freeman. (*Id*., PageID.79).

II.   Discussion

Based on Harrison's March 30, 2022 response, the order to show cause will be dismissed. Because Harrison provided the addresses for Wayne County and FNU Freeman, service will be directed on them. A separate order directing service will enter.

III. Conclusion

For the reasons set forth above, the March 14, 2022 order to show cause is DISMISSED.

SO ORDERED.

| | |
|---|---|
| Dated: April 12, 2022<br>Detroit, Michigan | s/Kimberly G. Altman<br>KIMBERLY G. ALTMAN<br>United States Magistrate Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 12, 2022.

s/Carolyn Ciesla<br>
CAROLYN CIESLA<br>
Case Manager