UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW HARRISON,

    Plaintiff,

v.

NAPHCARE, WELLPATH, WAYNE
COUNTY, RAPHAEL WASHINGTON,
TAYLOR, UNKNOWN MEDICAL
DIRECTOR/SUPERVISOR, UNKNOWN
GRIEVANCE OFFICERS, UNKNOWN
SEARGENT, 2 UNKNOWN DEPUTUES,
and 5 UNKNOWN NURSES,

    Defendants.

_____/

Case No. 4:22-cv-10187
District Judge Stephanie Dawkins Davis
Magistrate Judge Kimberly G. Altman

## ORDER WITHDRAWING APRIL 18, 2022 REPORT AND RECOMMENDATION

This is a prisoner civil rights case under 42 U.S.C. § 1983. In January of 2022, Plaintiff Matthew Harrison, proceeding *pro se* and *in forma pauperis*, filed a complaint naming Naphcare, Wellpath, Wayne County, Raphael Washington, Taylor, Unknown Medical Director/Supervisor, Unknown Grievance Officers, Unknown Seargent, 2 Unknown Deputies, and 5 Unknown Nurses. *See* ECF No. 1.

In February of 2022, Harrison filed an amended complaint which named various defendants. *See* ECF No. 7. As a result, the undersigned issued an order to show cause directing Harrison to provide full names and addresses for the various defendants named in the amended complaint. *See* ECF No. 11. Harrison responded to the order to show cause, (ECF No. 14), and the undersigned issued a Report and Recommendation recommending the dismissal of various defendants (ECF No. 20). However, because it later became apparent that the amended complaint, (ECF No. 7), was improperly filed in this case, the undersigned entered an order striking the amended complaint (ECF No. 25).[1]

Because the Report and Recommendation related to the amended complaint improperly filed in this case, the undersigned hereby WITHDRAWS the April 18, 2022 Report and Recommendation. The complaint at ECF No. 1 is the governing complaint.

SO ORDERED.

Dated: May 11, 2022  s/Kimberly G. Altman
Detroit, Michigan  KIMBERLY G. ALTMAN
  United States Magistrate Judge

---

[1] On February 14, 2022, Harrison filed a second complaint against various defendants. *Harrison v. Wellpath, et al.*, 2:22-cv-10335. As noted in the order to strike, the amended complaint should have been filed in case no. 22-cv-10335, not this case.

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 11, 2022.

                                              s/Carolyn Ciesla
                                              CAROLYN CIESLA
                                              Case Manager