UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW HARRISON,<br>                Plaintiff,<br>v.<br>NAPHCARE et al.,<br>                Defendants. | Case No. 22-10187<br>Honorable Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 43) AND DISMISSING WITHOUT PREJUDICE UNKNOWN DEFENDANTS**

Plaintiff Matthew Harrison filed this action without assistance of counsel. ECF No. 1. This case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. Section 636(b). ECF No. 5.

The assigned magistrate judge issued an order to show cause directing Harrison to provide addresses for various defendants, including those identified as unknowns within certain categories (e.g., unknown medical director/supervisor, unknown deputies, etc.). ECF No. 37. In response, Harrison provided the correct address for defendant Wayne

County and agreed to dismiss the unknown defendants without prejudice.[1] ECF No. 39.

On July 14, 2022, the magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 43. The R&R recommends that the Court dismiss the various unknown defendants and defendant Taylor without prejudice. *Id*. No party has filed an objection to the R&R.

The Court has reviewed the record and **ADOPTS** the R&R. Defendants Unknown Medical Director/Supervisor, Unknown Grievance Officers, Unknown Sargent, 2 Unknown Deputies, and 5 Unknown Nurses, as well as defendant Taylor are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: February 13, 2023

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

---

[1] Harrison makes no mention of defendant Taylor in his response to the magistrate judge's order to show cause. ECF Nos. 39, 43.